**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIO PEREA, <br> Individually and On Behalf of a Class, <br><br> Plaintiff, <br><br> v. <br><br> CODILIS & ASSOCIATES, P.C., and <br> NATIONSTAR MORTGAGE, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:18-cv-07364 <br> ) <br> ) Honorable Edmond E. Chang <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S**
**FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants, Nationstar Mortgage, LLC and Codilis & Associates, P.C., move to dismiss plaintiff Mario Perea's first amended complaint with prejudice under Rule 12(b)(6) for failure to state a claim. The basis to dismiss the complaint is fully set forth in the memorandum of law supporting the motion to dismiss, which is fully incorporated herein and filed contemporaneously.

DATED: December 22, 2020

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Akerman LLP | Hinshaw & Culbertson, LLP |
| */s/ Rebekah Childers* <br> One of the Attorneys for Nationstar Mortgage LLC | */s/ Louis J. Manetti, Jr.* <br> One of the Attorneys for Codilis & Associates |
| Mark S. Bernstein (ARDC #6198568) <br> Rebekah Childers (ARDC #6305616) <br> 71 South Wacker Drive, 46th Floor <br> Chicago, IL 60606 <br> (312) 634-5700 Telephone <br> mark.bernstein@akerman.com <br> rebekah.childers@akerman.com | David M. Schultz <br> Louis J. Manetti, Jr. <br> 151 North Franklin St., Suite 2500 <br> Chicago, IL 60606 <br> Telephone: 312-704-3000 <br> dschultz@hinshawlaw.com <br> lmanetti@hinishawlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of **Defendants' Motion to Dismiss Plaintiff's First Amended Complaint** was served upon all counsel of record via the court's CM/ECF system on December 22, 2020.

By:   /s/ *Rebekah A Carpenter*
Mark S. Bernstein (ARDC #6198568)
Rebekah Carpenter (ARDC #6305616)
71 South Wacker Drive, 46th Floor
Chicago, IL 60606
(312) 634-5700 Telephone
(312) 424-1931 Facsimile
mark.bernstein@akerman.com
rebekah.carpenter@akerman.com

*Attorney for Nationstar Mortgage, LLC*